IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON Y. TRAVIS                                                                                  PLAINTIFF

v.                                      NO.  3:99CV00168 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 30th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE